# Exhibit A

| Name/Seller Alias | E-mail Address |
|---|---|
| VbStar | sofiafeng88@gmail.com |