# Exhibit 1

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | VbStar | Exh. 1 - part 1.pdf | 3 |

| 7,902,874 7,902,877 | SPRUNKI |
|---|---|
| Wenda (White) | |
| Jevin (Blue) | |





DEF NO.: 1, STORENAME: VbStar
STOREURL: amazon.com/sp?seller=A2KGAN10BZSW1G





